**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6954**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

EARL LEE NOLTON, JR.,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CR-
96-120-DKC, CA-98-3412-DKC)

_____

Submitted:  May 8, 2001              Decided:  May 23, 2001

_____

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Earl Lee Nolton, Jr., Appellant Pro Se.  Odessa Palmer Jackson,
OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earl Lee Nolton, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Nolton</u>, Nos. CR-96-120-DKC; CA-98-3412-DKC (D. Md. June 27, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Nolton alleges that his sentence is illegal under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). We recently held in <u>United States v. Sanders</u>, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), that the new rule announced in <u>Apprendi</u> is not retroactively applicable to cases on collateral review. Accordingly, Nolton's <u>Apprendi</u> claim is not cognizable.